No. 79–5903. H. L. *v.* MATHESON, GOVERNOR OF UTAH, ET. AL. Appeal from Sup. Ct. Utah. Motion of appellant for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 79–900. FEDERAL TRADE COMMISSION ET AL. *v.* STANDARD OIL COMPANY OF CALIFORNIA. C. A. 9th Cir. Certiorari granted.

No. 79–1003. IMPERIAL COUNTY, CALIFORNIA, ET AL. *v.* MUNOZ ET AL. C. A. 9th Cir. Certiorari granted.

No. 79–552. MITSUI & Co., LTD., ET AL. *v.* INDUSTRIAL INVESTMENT DEVELOPMENT CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–693. CONSUMER CREDIT INSURANCE AGENCY, INC., ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–743. MOORE *v.* UNITED STATES;
No. 79–5612. PALMER *v.* UNITED STATES; and
No. 79–5624. RICHARDSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 610 F. 2d 808.

No. 79–764. FALK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–775. WHITMAN, SHERIFF *v.* FORD. C. A. 5th Cir. Certiorari denied.

No. 79–783. PAYNE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.